■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE GWYN, Appellant.—Judgment, Supreme Court, New York County, rendered on February 16, 1978, unanimously affirmed. Concur—Kupferman, J. P., Birns, Lupiano and Carro, JJ.; Fein, J., affirms on constraint of *People v Charles* (73 AD2d 322).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE WILLIAMS, Appellant.—Judgments, Supreme Court, Bronx County, rendered on January 31, 1977, and April 26, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Ross, Silverman and Carro, JJ.

■ ˙ HERBERT D. ROISTACHER, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 28, 1980, unanimously affirmed on the opinion of Hughes, J., at Special Term, without costs and without disbursements. Concur—Fein, J. P., Markewich, Lupiano and Bloom, JJ.